| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>         U.S. MAGISTRATE JUDGE | DATE: 1/7/2020 <br> TIME:  11:30 am |

CASE:  **CV 19-4928(DRH) Touzin v. Teledata Services, et al**

TYPE OF CONFERENCE:   INITIAL            FTR: 11:39-11:43

APPEARANCES:
　　　For Plaintiff:   Wendy Dolce

　　　For Defendant: Peter Barbieri

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☒　　The court has adopted and So Ordered the joint proposed scheduling order [15] submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐　　Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　　5/5/2020 at 10:00 am　　　: Status conference

　　　　12/1/2020 at 10:00 am　　　: Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　United States Magistrate Judge