# SCHEDULING ORDER WORKSHEET

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 07 2020 ★

LONG ISLAND OFFICE

## DEADLINES & COURT APPEARANCES

January 6, 2020 : Exchange of Rule 26(a)(1) disclosures

February 7, 2020 : Service of first interrogatories and document demands

March 13, 2020 : Responses to first interrogatories and document demands

April 3, 2020 : Motions to join new parties or amend the pleadings

**TBD by Court:** Status conference in courtroom 820  5/5/20 @ 10am

June 5, 2020 : Completion of depositions

July 17, 2020 : Identification of case-in-chief experts and service of Rule 26 disclosures

September 18, 2020 : Identification of rebuttal experts and service of Rule 26 disclosures

October 30, 2020 : Commencement of summary judgment motion practice.

**TBD by Court:** Pretrial conference in courtroom 820

12/1/20 @ 10am

SO ORDERED
by
Magistrate Judge Steven I. Locke

/S/ STEVEN I. LOCKE

1/7/20